**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

|  |  |  |
|---|---|---|
| **JEREMY D. SCOTT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-CV-373-JMH** |
| | ) | |
| **KARL KOCH, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants, Karl Koch and The Law Firm of McGlynn, Glisson & Koch, by counsel, hereby move for an order staying discovery in this action pending a final ruling on Defendants' Motion for Summary Judgment filed contemporaneously herewith. A memorandum of law in support of the present motion is attached hereto.

Respectfully submitted,

**/s/ Bradley E. Cunningham**
Mark S. Fenzel
Bradley E. Cunningham
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, Kentucky 40202-3410
(502) 584-1135
mfenzel@middreut.com
bcunningham@middreut.com
*Attorneys for Defendants Karl Koch and*
*McGlynn, Glisson, & Koch*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.


/s/ Bradley E. Cunningham
Counsel for Defendants